**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremiah Ulysess Crayton, ) | No. CV-10-01409-PHX-FJM |
| Petitioner, ) | **ORDER** |
| vs. ) | |
| Charles L. Ryan, et al., ) | |
| Respondents. ) | |

The court has before it Jeremiah Crayton's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (doc. 1), respondents' answer (doc. 10), and the report and recommendation of the United States Magistrate Judge recommending that the petition be denied (doc. 11). Petitioner did not file a reply to his petition or an objection to the report and recommendation.

After review, we accept the recommendation of the United States Magistrate Judge pursuant to Rule 8(b), Rules Governing § 2254 Cases, and deny the petition.

**IT IS THEREFORE ORDERED DENYING** the petition for writ of habeas corpus (doc. 1).

/ / /

/ / /

**IT IS FURTHER ORDERED DENYING** a certificate of appealability because petitioner has not made a substantial showing of the denial of a constitutional right.

DATED this 3rd day of January, 2011.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge